UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALAAL ABDULLAH,<br><br>  Plaintiff,<br><br>  v.<br><br>A. CASAURANG, et al.,<br><br>  Defendants. | Case No. 2:24-cv-01223-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. No. 10) |

Plaintiff Jalaal Abdullah is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders. (Doc. No. 10.) In particular, on July 18, 2024, the court screened plaintiff's complaint, determined that plaintiff had failed to state a cognizable claim for relief, and directed plaintiff to file an amended complaint within thirty days. (Doc. No. 7.) Plaintiff did not comply with, or otherwise respond to, the court's July 18, 2024 order.

/////

1

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 10 at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 10, 2024 (Doc. No. 10) are ADOPTED in full;
2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **April 1, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2